# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **PETER SANDERSON,**           )<br>                                                          )<br>                       **Plaintiff,**     )<br>                                                          )<br>**v.**                                                )<br>                                                          )<br>**JO ANNE B. BARNHART,**         )<br>**Commissioner of Social Security,**  )<br>                                                          )<br>                       **Defendant.**   )<br>_____) | **CIVIL ACTION**<br><br>**No. 04-2235-KHV** |

## ORDER

This matter is before the court on Plaintiff's Attorney's Motion For Refund Of Filing Fee (Doc. #26) filed March 22, 2005. On May 25, 2004, plaintiff filed a motion to proceed in forma pauperis. On June 3, 2004, plaintiff's counsel paid the filing fee out of her own funds to avoid expiration of the statute of limitations. On June 23, 2004, the Court granted plaintiff's motion. Having reviewed the record, the Court finds that plaintiff's counsel is entitled to a refund.

**IT IS THEREFORE ORDERED** that Plaintiff's Attorney's Motion For Refund Of Filing Fee (Doc. #26) filed March 22, 2005 be and hereby is **GRANTED**. The Clerk of the Court is directed to refund $150.00 submitted in payment of the filing fee to:

Andrea S. Stubblefield
Stubblefield Law Firm, PC
3213 SW 11th Circle
Blue Springs, MO 64105
816-694-2683

Dated this 18th day of April, 2005 at Kansas City, Kansas.

                                                                  s/ Kathryn H. Vratil
                                                                  Kathryn H. Vratil
                                                                  United States District Judge