IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PETER SANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-2235-KHV-DJW |
| ) | |
| JO ANNE BARNHART, ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING ATTORNEY'S FEES**
**UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)**

The Court, after reviewing the file and being advised by the parties that they have agreed to an award under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in connection with the court-related representation of Plaintiff in this social security appeal, finds that reimbursement should be made for attorney fees in the amount of $4,412.77.

IT IS THEREFORE CONSIDERED AND ORDERED THAT, pursuant to 28 U.S.C. § 2412, Plaintiff is granted attorney's fees under the EAJA in the amount of **$4,412.77.** Plaintiff requests that payment be made directly to his attorney at her new business address, which is Andrea S. Stubblefield, Stubblefield Law Firm, P.C., 1804 Willowbrook Drive, Blue Springs, MO 64015.

IT IS SO ORDERED.

Dated this 13th day of July, 2005.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge

APPROVED BY:

s/Andrea S. Stubblefield
Andrea S. Stubblefield, Ks. S. Ct. #15306
STUBBLEFIELD LAW FIRM, P.C.
1804 Willowbrook Drive
Blue Springs, MO  64015
Tel: (816) 694-2683
Fax: (816) 228-6576
E-mail: alexandisam@aol.com

Attorney for Plaintiff

ERIC F. MELGREN
United States Attorney

By s/Christopher Allman
CHRISTOPHER ALLMAN, Ks. S. Ct. # 14225
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Tel: (913) 551-6730
Fax: (913) 551-6541
Email: chris.allman@usdoj.gov

Attorneys for the United States